Patrick Ricardo SMITH, Plaintiff—
Appellant,

v.

Doug WALKER; FNU Fortner,
Nurse; FNU Evans, Nurse,
Defendants—Appellees.

No. 12–6798.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2012.

Decided: Aug. 24, 2012.

Patrick Ricardo Smith, Appellant Pro
Se. Yvonne Bulluck Ricci, Assistant At-
torney General, Raleigh, North Carolina,
for Appellees.

Before MOTZ, GREGORY, and
SHEDD, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Patrick Ricardo Smith appeals the dis-
trict court's order denying relief on his 42
U.S.C. § 1983 (2006) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Smith v.
Walker,* 845 F.Supp.2d 673 (W.D.N.C.
2012). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*